RECEIVED
IN LAKE CHARLES, LA

MAR 24 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PHILLIP LANGLEY** | : | **DOCKET NO. 05-0019** |
| **VS.** | : | **JUDGE MINALDI** |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the Commissioner's motion to remand [doc. # 15], be, and it is hereby DENIED.

IT IS FURTHER ORDERED that the ALJ's decision be REVERSED and this matter REMANDED with instructions that the Commissioner grant plaintiff's application(s) and calculate the disability benefits due him.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of March, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE