RECEIVED
IN LAKE CHARLES, LA

JUN 27 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **PHILLIP LANGLEY** | : | **DOCKET NO. 05-0019** |
| **VS.** | : | **JUDGE MINALDI** |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiff's motion for attorney's fees [doc. # 23] is hereby GRANTED, and that fees are awarded in favor of plaintiff in the amount of $ 5,687.50.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 26 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE